**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE** | **CASE NO. 6:23-CV-01463** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **CITY OF ABBEVILLE** | **MAGISTRATE JUDGE DAVID J. AYO** |

# JUDGMENT

This matter was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that DEFENDANT'S MOTIONS TO DISMISS PURSUANT TO FRCP 12(B)(1) AND FRCP 12(B)(6) [Doc. 75] filed by Defendant City of Abbeville is DENIED.

THUS DONE in Chambers on this 24th day of August, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE